# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ELIZABETH V. REYES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-1812-S-BK |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Defendant's Unopposed Motion to Reverse and Remand, ECF No. 24, is **GRANTED**, the Commissioner's decision is **REVERSED**, and this case is **REMANDED** for further administrative proceedings.

**SO ORDERED.**

SIGNED April 23, 2024.

**UNITED STATES DISTRICT JUDGE**